**ORIGINAL**

300003444

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2023 JAN 19 AM 10: 40

DEPUTY CLERK_____ nrb

| | | |
|---|---|---|
| SWETHU GOGU | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| COASTAL TRANSPORT MOVING AND | § | JURY TRIAL DEMANDED |
| STORAGE, LLC, BEST FOR YOU | § | |
| MOVING, LLC | § | 3-23CV0143-C |

**COMPLAINT**

**JURISDICTION**

1. Jurisdiction of this Court attains pursuant to the Carmack Amendment, 49 U.S.C. §14706(d)(1), for which jurisdiction is proper in this Court.

Because the damages at issue in this federal question case exceed $10,000.00, jurisdiction is also proper pursuant to 28 U.S.C. §1337.

**I**

**PARTIES**

2. Plaintiff is a resident of Michigan.

3. Defendant Coastal Transport Moving & Storage, is a corporation organized under the laws of the State of Texas with its main office located in Dallas County, Texas and may be served by serving its registered agent, Registered Agents, Inc., 5900 Balcones Drive, Suite 100, Austin, Texas 78731.

4. Best for You Moving, LLC is a limited liability corporation organized under the laws of the state of California, not registered to conduct business in Texas, and may be served with process by serving its registered agent, Julia Reniger, 4408 Dulcinea Court, Woodland Hill, CA 91364.

5. Venue is proper in Dallas County, Texas because the Defendant Coastal Transport Moving & Storage is located in Dallas County, Texas.

1

6. Defendants were given notice in writing of the claims made in this petition including a statement of Plaintiff's economic damages and expenses, exceeding $10,000.00, prior to this Complaint being filed.

7. All conditions precedent necessary to maintain this action have been performed or have occurred.

## II

## FACTUAL BACKGROUND

8. On or about April 29, 2022, Plaintiff entered into a contract with Coastal Transport Moving & Storage for the transport of her belongings to Grand Rapids, MI.

9. Coastal Transport issued a "Binding Moving Estimate" and agreed to the pickup pof Plaintiff's belongings on June 1, 2022.

10. On June 1, 2022, employees from Best for You Moving, LLC showed and claimed to have been contracted by Coastal Transport to move their belongings.

11. In order to transport their belongings, Best for You Moving, LLC employees told Plaintiff that she would be required to sign a new contract with them. They presented a bill of lading and order for service, a general agreement, an interstate revised written estimate. Plaintiff was not given the option or opportunity to read the documents presented, only told "sign here, sign here, sign here."

12. Plaintiff was not presented with insurance options.

13. Best for You Moving, LLC also demanded additional funds, contrary to the agreement made with Coastal Transport. Plaintiff was told to take it or leave it, if Plaintiff wanted her items transported that day, she must sign the documents and pay additional funds.

14. Best for You Moving documents did not vary the delivery date Plaintiff's belongings were due to be delivered in Grand Rapids, MI : 21 days from pickup.

15. Despite multiple calls and emails, by July 15, the items had still not been delivered to Plaintiff and no one would accept her calls.

2

16.  Delivery was made on or about July 20. Many of the items were damaged and there were items missing. Plaintiff was not permitted to search the truck.

### III

### VIOLATION OF THE CARMACK AMENDMENT

17.  Defendant breached the agreement to move the Plaintiff's vehicle in a safe manner and in good condition. Defendant's breach proximately caused damages to Plaintiff for which Plaintiff hereby sues.

18.  Plaintiff incorporates by reference all of the factual allegations made in the preceding paragraphs. Defendant's failure to process her claim and to reimburse her for same constitutes a violation of the Carmack Amendment, 49 U.S.C. §14706, damages for which Plaintiff sues herein to recover.

19.  Defendant failed to give Plaintiff a reasonable opportunity to choose between 2 or more levels of liability as required by the Carmack Amendment, thereby vitiating any limitation of damage argument.

20.  Defendant is strictly liable for the actual loss or injury to Defendant's property

### IV

### ATTORNEY FEES

21.  Plaintiff is entitled to recover reasonable and necessary attorney fees under the Carmack Amendment. Plaintiff seeks all reasonable and necessary attorney's fees incurred in this case, which include, but are not limited to, the following:

(a)  Preparation and trial of this lawsuit;

(b)  Post-trial, pre-appeal legal services;

(c)  An appeal to the Court of Appeals.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer and that upon final trial, Plaintiff recover:

1.  Judgment against Defendant for actual damages in a sum in excess of the minimum

jurisdictional limit of the Court;

    2.    Prejudgment interest as allowed by law;

    3.    Post-judgment interest as allowed by law;

    4.    Costs of suit;

    5.    Attorney fees;

    6.    Such other and further relief to which Plaintiff may show herself entitled.

Respectfully submitted,

*/s/ Sharon K. Campbell*
Sharon K. Campbell
State Bar # 03717600
3500 Oak Lawn Ave., Suite 110
Dallas, Texas 75219
Telephone: 214/351-3260
Fax: 214/443-6055
Sharon@SharonKCampbell.com

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Swethu Gogu

**DEFENDANTS**
Coastal Transport Moving and Storage, LLC
Best for You Moving, LLC

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Sharon Campbell
3500 Oak Lawn Ave, Suite 110, Dallas TX 75219
214 351 3260

Attorneys *(If Known)*

[Stamp: RECEIVED JAN 19 2023 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS]

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|                                         | PTF | DEF |                                                  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State                   | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State                | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                                  | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice<br><br>**PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets Act of 2016<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☒ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **IMMIGRATION** | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
49 USC 14706 Carmack Amendment
Brief description of cause:
Movers damaged property, lost property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 1-18-23
SIGNATURE OF ATTORNEY OF RECORD
Sharon Campbell

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____