## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3-23CV0143-C

Plaintiff:
**SWETHU GOGU**

vs.

Defendant:
**COASTAL TRANSPORT MOVING AND STORAGE, LLC, BEST FOR MOVING, LLC**

For:
Sharon Campbell
Sharon K. Campbell
3500 Oak Lawn Ave.
Suite 110
Dallas, TX 75219

Received by Emmanuel Morales on the 3rd day of February, 2023 at 4:43 pm to be served on **COASTAL TRANSPORT AND STORAGE, LLC By Serving Registered Agent, REGISTERED AGENTS, INC., 5900 Balcones Drive, Suite 100, Austin, Travis County, TX 78731**.

I, Emmanuel Morales, being duly sworn, depose and say that on the **7th day of February, 2023 at 3:28 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in s Civil Action; Complaint** with the date of service endorsed thereon by me, to: **Brittany Buzzbee for COASTAL TRANSPORT AND STORAGE, LLC By Serving Registered Agent, REGISTERED AGENTS, INC.** at the address of: **5900 Balcones Drive, Suite 100, Austin, Travis County, TX 78731** on behalf of **COASTAL TRANSPORT AND STORAGE, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 7th day of February, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

KATHERINE A. MITCHELL
My Notary ID # 131755992
Expires October 10, 2026

Emmanuel Morales
PSC # 10708 Exp. 12/31/2023

Capitol Process Service
P.O. Box 1518
Georgetown, TX 78627-1518
(512) 336-7378

Our Job Serial Number: CAN-2023000088

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k